| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>FUNK, JERRY A. | 2. Court or Organization<br><br>BANKRUPTCY COURT | 3. Date of Report<br><br>11/08/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>300 NORTH HOGAN ST #4-104<br>JACKSONVILLE, FLORIDA 32202 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/17/18-1/18/18 | Orlando, FL | Bankruptcy UCC Meeting | Transportation, Meals, Lodging |
| 2. | The Jacksonville Bankruptcy Bar | 8/16/18-8/17/18 | Jacksonville, FL | Bankruptcy Seminar | Meals, Lodging |
| 3. | The Florida Bar | 8/31/18-9/3/18 | Bonita Springs, FL | Bankruptcy UCC Meeting | Transportation, Meals, Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amer Cent Small Cap Growth Inst #336 | | None | L | T | Buy | 12/31/18 | L | | |
| 2. Am South Bank of FLA IRA | A | Interest | J | T | | | | | |
| 3. Artisan Intl FD # 662 | B | Dividend | M | T | | | | | |
| 4. Artisan Intl FD #662 | D | Distribution | | | | | | | |
| 5. ASG Global Alternatives-Y #1993 | A | Dividend | L | T | | | | | |
| 6. Ashmore Emerg Mkts CR DB-Ins | | None | M | T | Buy | 12/31/18 | M | | |
| 7. AT&T Inc. | A | Dividend | J | T | Sold (part) | 01/29/18 | J | C | |
| 8. AT&T Inc. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 9. Atlanta, GA WTR & WSTEWTR X | A | Interest | J | T | | | | | |
| 10. Black Rock GL L/S Credit-k #1940 | C | Dividend | L | T | | | | | |
| 11. Berkshire Hathaway Inc. Class B | | None | K | T | | | | | |
| 12. Boeing Co. | A | Dividend | J | T | Buy | 08/17/18 | J | | |
| 13. Boeing Co. | | | | | Buy (add'l) | 11/06/18 | J | | |
| 14. Boston Partners Long/Short Research Fund | A | Dividend | K | T | | | | | |
| 15. Boston Partners Long/Short Research Fund | B | Distribution | | | | | | | |
| 16. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 17. Citigroup Inc. | A | Dividend | J | T | Buy | 01/09/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca Cola (common) | D | Dividend | O | T | | | | | |
| 19. Credit Suisse Comm Ret St-I #2156 | A | Dividend | | | Sold | 12/31/18 | K | A | |
| 20. Delta Airlines Inc. | A | Dividend | J | T | Buy | 01/19/18 | J | | |
| 21. Delta Airlines Inc. | | | | | Buy (add'l) | 07/27/18 | J | | |
| 22. Dodge & Cox Int'l STK Fund # 1048 | C | Dividend | M | T | | | | | |
| 23. Dodge & Cox Int'l STK Fund # 145 | B | Dividend | M | T | Buy (add'l) | 08/24/18 | K | | |
| 24. Dodge & Cox Int'l STK Fund # 145 | D | Distribution | | | | | | | |
| 25. Downtown Savannah ATH GA X | A | Interest | J | T | | | | | |
| 26. Dreyfus/Standish in T/E Bond #6933 | B | Dividend | L | T | | | | | |
| 27. Dreyfus/Standish in T/E Bond #6933 | A | Distribution | | | | | | | |
| 28. Duke Energy Corp New | A | Dividend | J | T | | | | | |
| 29. Eaton Vance Global Macro-I #0088 | A | Dividend | K | T | | | | | |
| 30. Evergreen Core Equity Com STK FD | A | Interest | K | T | | | | | |
| 31. Evergreen Enhanced S&P 500 FD CL | A | Dividend | K | T | | | | | |
| 32. Evergreen Enhanced S&P FD CL I | A | Interest | J | T | | | | | |
| 33. Evergreen Equity TR SPL Values FD | A | Interest | J | T | | | | | |
| 34. Evergreen FDS Emerging MKTS Growth | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Evergreen FDS FLA MUN BD PORT | A | Interest | J | T | | | | | |
| 36. Evergreen International Bond FD CL 1 | A | Dividend | J | T | | | | | |
| 37. Evergreen Large Cap Eq Fund | A | Dividend | J | T | | | | | |
| 38. Evergreen Large Cap Equity FD Class I | A | Interest | J | T | | | | | |
| 39. Evergreen Select Equity | A | Interest | J | T | | | | | |
| 40. Fidelity Advisors Emerging Markets Income Fund | D | Dividend | J | T | Buy (add'l) | 01/05/18 | J | | |
| 41. Fidelity Advisors Emerging Markets Income Fund | A | Distribution | | | Buy (add'l) | 08/24/18 | K | | |
| 42. First TR Exchange Traded FD VI | A | Dividend | J | T | Sold (part) | 07/27/18 | J | B | |
| 43. FT Unit 726 DIV INC TR SER 3 | A | Dividend | J | T | | | | | |
| 44. General Electric Co | A | Dividend | | | Sold | 11/01/18 | J | C | |
| 45. Goldman Sachs L/C Value-I #1216 | | None | | | Sold | 01/05/18 | L | E | |
| 46. Guggenheim S & P 500 EQU Weight | A | Dividend | J | T | | | | | |
| 47. Harbor Capital Aprction-Inst # 2012 | A | Dividend | M | T | Sold (part) | 08/24/18 | K | D | |
| 48. Harbor Capital Aprction-Inst # 2012 | E | Distribution | | | | | | | |
| 49. Hartford Midcap Fund-Y #229 | D | Distribution | L | T | Buy (add'l) | 08/24/18 | K | | |
| 50. Hilliard Lyons Gov't Fund Inc. | A | Interest | J | T | | | | | |
| 51. Interlocal KY SCH DIST BD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Core Dividend Growth | A | Dividend | J | T | | | | | |
| 53. IShares Core MSCI Emerging | A | Dividend | J | T | | | | | |
| 54. ISHARES Russell Mid-Cap ETF | B | Dividend | L | T | | | | | |
| 55. ISHARES S&P Mid-Cap 400 G | A | Dividend | J | T | | | | | |
| 56. ISHARES S&P 500 GRW ETF | A | Dividend | J | T | Sold (part) | 07/27/18 | J | B | |
| 57. ISHARES S & P 500 GRW FD | A | Dividend | K | T | | | | | |
| 58. ISHARES S & P VLU INDX 500 | A | Dividend | J | T | Buy (add'l) | 07/27/18 | L | | |
| 59. ISHARES S & P M/C 400 GRW | A | Dividend | J | T | Buy (add'l) | 07/27/18 | K | | |
| 60. ISHARES S & P M/C VLU 400 | A | Dividend | J | T | Buy (add'l) | 07/27/18 | K | | |
| 61. ISHARES S & P S/C 600 GRW | A | Dividend | J | T | | | | | |
| 62. ISHARES S & P S/C 600 VLU | A | Dividend | J | T | | | | | |
| 63. ISHARES TR MSCI Emerging | A | Dividend | K | T | | | | | |
| 64. ISHARES Short Maturity Bond | A | Dividend | J | T | Buy | 10/05/18 | K | | |
| 65. John Hancock Multi Fact LRG | A | Dividend | J | T | Buy | 06/22/18 | L | | |
| 66. John Hancock Multi Fact LRG | | | | | Sold (part) | 11/29/18 | L | B | |
| 67. JP Morgan Alerian MLP Index | A | Dividend | J | T | Buy | 01/29/18 | J | | |
| 68. JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 07/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Mid Cap Value-L #758 | B | Dividend | L | T | Buy (add'l) | 08/24/18 | K | | |
| 70. JP Morgan Mid Cap Value-L #758 | D | Distribution | | | | | | | |
| 71. JP Morgan High Yield-I #3580 | B | Dividend | K | T | Buy (add'l) | 01/05/18 | K | | |
| 72. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 73. Lake Central Ind Multi-District RFDG BD | A | Interest | J | T | | | | | |
| 74. Merger Fund Class Inst #301 | A | Dividend | K | T | | | | | |
| 75. Merger Fund Class Inst #301 | A | Distribution | | | | | | | |
| 76. MFS Value Fund Class I #893 | A | Dividend | J | T | Buy (add'l) | 01/05/18 | K | | |
| 77. MFS Value Fund Class I #893 | | | | | Sold (part) | 01/05/18 | L | | |
| 78. MFS Value Fund Class I #893 | | | | | Sold | 05/17/18 | L | | |
| 79. MFS Value Fund R6-4810 | B | Dividend | M | T | Buy | 01/05/18 | L | | |
| 80. MFS Value Fund R6-4810 | | | | | Buy (add'l) | 05/17/18 | L | | |
| 81. MFS Value Fund R6-4810 | B | Distribution | | | Buy (add'l) | 08/24/18 | K | | |
| 82. Morgan Stanley Private Bank NA | A | Interest | J | T | | | | | |
| 83. Neuberger Berman Long SH-INS #1830 | C | Distribution | L | T | | | | | |
| 84. Nuveen High Yield Muni BD-R #1668 | B | Dividend | K | T | | | | | |
| 85. Nuveen LTD Term Muni BD R 1671 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. O'Shares FTSE U.S. Quality Div. | A | Dividend | J | T | | | | | |
| 87. Oppenheimer Dev. Mkt-I # 799 | B | Dividend | M | T | | | | | |
| 88. Philip Morris Intl Inc. | A | Dividend | J | T | Buy (add'l) | 07/27/18 | J | | |
| 89. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 90. Pimco Comm. Real Ret Strat-1#45 | | None | L | T | Buy | 12/31/18 | L | | |
| 91. Pimco Enhanced Shrt Mtrt Exc | A | Dividend | J | T | Buy | 01/19/18 | K | | |
| 92. Pimco Emerging Markets Bond FD | A | Dividend | K | T | | | | | |
| 93. Pimco Foreign BD FD USD #103 | A | Dividend | K | T | | | | | |
| 94. Pimco Foreign BD FD USD #103 | A | Distribution | | | | | | | |
| 95. Pimco Foreign BD FD US$ Hedged Inst CL | A | Interest | K | T | | | | | |
| 96. Pimco Total Return ETF | A | Dividend | K | T | | | | | |
| 97. Pimco Total Return Active Ex | A | Dividend | | | Sold | 01/19/18 | K | E | |
| 98. Procter & Gamble | A | Dividend | K | T | Buy (add'l) | 07/27/18 | J | | |
| 99. Putnam Int'l Equity Fund Class A | A | Dividend | J | T | | | | | |
| 100. Wells Fargo Bank Secured Market Deposit Account | B | Interest | M | T | | | | | |
| 101. Smith Barney Money Market | A | Interest | J | T | | | | | |
| 102. Smith Barney Muni Funds FLA Portfolio Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Southern Company | A | Dividend | K | T | | | | | |
| 104. SPDR DJ Wilshire Int'l Real | C | Dividend | L | T | Buy (add'l) | 01/05/18 | K | | |
| 105. SPDR Doubleline TR TACT ETF | A | Dividend | J | T | Sold (part) | 10/05/18 | J | E | |
| 106. SPDR EM Mkts Div ETF | A | Dividend | J | T | | | | | |
| 107. SPDR S&P Inter DVD ETF | A | Dividend | | | Sold | 04/13/18 | J | C | |
| 108. SPDR SSGA Multi-Asset Real RTN | A | Dividend | J | T | | | | | |
| 109. The Financial Sel Sect SPDR FD | A | Dividend | J | T | Sold (part) | 08/17/18 | J | C | |
| 110. T Rowe Price Inst Emerging Markets Equity Fund #146 | A | Dividend | L | T | | | | | |
| 111. T Rowe Price Inst Emerging Markets Equity Fund #146 | A | Distribution | | | | | | | |
| 112. TRowe Price Inst Float Rate #170 | B | Dividend | K | T | | | | | |
| 113. T Rowe Price Real Estate FD | A | Dividend | J | T | | | | | |
| 114. T Rowe Price Real Estate FD #432 | C | Dividend | L | T | Buy (add'l) | 01/05/18 | K | | |
| 115. T Rowe Price Real Estate FD #432 | B | Distribution | | | Sold (part) | 08/24/18 | L | E | |
| 116. Total S A Spon ADR | A | Dividend | J | T | | | | | |
| 117. Tributary Small Company Fund Class | A | Dividend | M | T | Buy | 10/24/18 | M | | |
| 118. Tributary Small Company Fund Class | D | Distribution | | | Sold | 12/31/18 | M | A | |
| 119. Undiscovered Mngrs Behav Val-L #1368 | | None | L | T | Buy | 12/31/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Uniti Group Inc. | A | Dividend | J | T | | | | | |
| 121. Vanguard FTSE Emerging Markets Ref: 07705B60 | A | Dividend | J | T | | | | | |
| 122. Vanguard FTSE Developed Markets | A | Dividend | J | T | | | | | |
| 123. Vanguard Inflat-Prot Secs-ADM #5119 | A | Dividend | K | T | Buy | 01/05/18 | K | | |
| 124. Vanguard REIT ETF | A | Dividend | | | Sold | 08/23/18 | L | C | |
| 125. Vanguard Tax Exempt MMKT | C | Dividend | L | T | | | | | |
| 126. Vanguard REIT Viper | B | Dividend | L | T | | | | | |
| 127. Verizon Communications | A | Dividend | J | T | | | | | |
| 128. Voya Intl Rl Est. Fd CL-I #2664 | | None | | | Sold | 04/03/18 | K | B | |
| 129. Virginia State HSG AUTH COMWLTH MTG SER | A | Interest | J | T | | | | | |
| 130. Wachovia | C | Interest | M | T | | | | | |
| 131. Wash. St. Real Estate, Jax, FL current value ($242,487) | | None | M | W | | | | | |
| 132. Wells Fargo & Co. fka Wachovia Corp 2nd | A | Dividend | J | T | | | | | |
| 133. Wells Fargo Small Cap Core Fund-I | | None | | | Sold | 02/22/18 | M | | |
| 134. Wells Fargo Small Cap Core Fund-R6 | | None | | | Buy | 02/22/18 | M | | |
| 135. Wells Fargo Small Cap Core Fund-R6 | | | | | Sold | 10/19/18 | M | D | |
| 136. Wells Fargo Dis US Core-I | | None | | | Sold | 03/15/18 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wells Fargo Dis US CR-R6 #4680 | D | Distribution | | | Buy | 03/15/18 | N | | |
| 138. Wells Fargo Dis US CR-R6 #4680 | C | Dividend | M | T | Sold (part) | 08/24/18 | J | B | |
| 139. Windstream | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FUNK, JERRY A. | 11/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The investment listed on Line 2 of my 2017 report, AQR Managed Futures STR-1, was sold on November 14, 2017. My 2017 report indicated that only part of the investment was sold on that date, but the entire investment was sold on that date. It is therefore not listed on this year's report.

The investment listed on Lines 76-78 of my report, MFS Value Fund Class I #893, was exchanged for the investment listed on Lines 79-81 of my report, MFS Value Fund-R6 #4810, on January 5, 2018 and May 17, 2018.

The investment listed on Line 133 of my report, Wells Fargo Small Cap Core Fund-I, was exchanged for Wells Fargo Small Cap Core Fund-R6, the investment listed on Lines 134-135 of my report, on February 22, 2018.

The investment listed on Line 136 of my report, Wells Fargo Dis US Core-I, was exchanged for the investment listed on Lines 137-138 of my report, Wells Fargo Dis US CR-R6 #4680, on March 15, 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **JERRY A. FUNK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544